UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WIELAND ROLLED PRODS. NORTH AMERICA, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| AMERICAN EXCHANGER SERVS., INC., | ) ) ) |
| Defendant. | ) ) |

Case No. 4:22 CV 980 RWS

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for default judgment. [7]. Defendant, having been duly served, failed to appear or defend this action as required. The Clerk of Court entered default against defendant on November 16, 2022. ECF 11. The Court has reviewed plaintiff's motion and supporting affidavit, which demonstrate that plaintiff is entitled to default judgment in the sum certain requested by plaintiff. *See* Fed. R. Civ. P. 55(b)(1). Accordingly, the Court will grant the motion for default judgment.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment [7] is granted.

A separate Judgment is entered this same date in accordance with this Memorandum and Order.

*/s/ Rodney W. Sippel*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of December, 2022.